PD-0649-15

IN THE COURT OF CRIMINAL APPEALS

OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

NO. WR-74,676-03

EX PARTE JASON EARL WOOLEY, Applicant

ON APPLICATION FOR WRIT OF HABEAS CORPUS

CAUSE NO. 997,161 IN THE 176TH DISTRICT COURT

FROM HARRIS COUNTY

FILED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

APPLICANT'S MOTION FOR THE EXTENSION OF TIME TO FILE HIS

PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES, Jason Earl Wooley, hereinafter " Applicant " and respectfully moves this honorable Court to grant this Motion For Extension Of Time. In support of Applicant's said Motion, he would respectfully show this Court the following:

1. Applicant's Motion is filed pursuant to the TEX.R.App.P Rule 68.2(c) & 10.5(b).

2. Applicant's standing deadline to have his petition for discretionary review filed is still unknown to applicant due to the Court's

1

Mandate not having been issued yet. The Applicant has not yet received a copy of it if it has issued. This Court's Opinion was delivered on April 29, 2015.

3. Applicant is requesting a one time 30 day extension of time to have his petition for discretionary review filed.

4. Applicant was convicted of murder and sentenced to forty years' imprisonment. The Fourteenth Court of Appeals affirmed his conviction. Wooley v. State, 223 S.W.3d 732 (Tex.App.-Houston [14th Dist.] 2007, pet. granted). This Court reversed and remanded the case. Wooley v. State, 273 S.W.3d 260 (Tex. Crim. App. 2008). Following remand, the Fourteenth Court of Appeals again affirmed Applicant's conviction. Wooley v. State, 14-06-00088-CR (Tex. App.- Houston [ 14th Dist.] Oct. 22, 2009) (not designated for publication).

Applicant's proved to this Court that Appellate counsel was deficient by failing to timely notify Applicant that his conviction had been affirmed and failed to provide Applicant notice of his right to file a pro se petition for discretionary review.

5. This Court, thereafter, stated " We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Fourteenth Court of Appeals in Cause No. 14-06-00088-CR that affirmed his conviction in Cause No.997,161 from the 176th District Court of Harris County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this

2

Court's mandate issues."

6. Applicant has not requested any prior extensions of time concerning this matter at bar.

## P R A Y E R

7. Applicant prays for the foregoing reasons this Court will grant him a 30 day extension of time in which to have his petition for discretionary review filed in this Court. Because Applicant is proceeding pro se in this cause, and is without counsel, he would respectfully request this Court to Order the Clerk of the Fourteenth Court of Appeals in Cause No.14-06-00088-CR, provide Applicant a free copy of the proceedings (transcripts) of the hearings on the second time the Court of Appeals affirmed Applicant's conviction. Applicant is indigent and without the funds to pay the costs for said records. Blackshear v. State, 342 S.W.3d 777, 781 (Tex.App.-Houston [14th Dist.] 2011) rev'd on other grounds,385 S.W.3d 589 (Tex.Crim.App. 2012). Applicant makes this request pursuant to TEX.R.App.P. Rule 20.2. Applicant needs these records to mount a meaningful petition in this case. Applicant would respectfully request a free copy of the entire record since he is now without counsel in this case. Applicant requests any other relief he my be entitled to under the law.

Respectfully submitted,

*Jason Earl Wooley* #1348672
JASON EARL WOOLEY,#1348672
O.B. ELLIS UNIT
1697 FM 980
HUNTSVILLE, TEXAS 77343

3

## UNSWORN DECLARATION

I, Jason E. Wooley, swear under the penalty of perjury that the foregoing statements and information is true and correct to the best of my knowledge and understanding.
Executed on this the 25th day of May 2015.

JASON EARL WOOLEY,#1348672
APPLICANT, PRO SE

## CERTIFICATE OF SERVICE

This is to certify that a true and correct original copy of the foregoing has been mailed by U.S. mail system, to the Clerk of the Texas Court of Criminal Appeals, on this the 26th day of May 2015.

JASON EARL WOOLEY,#1348672
APPLICANT, PRO SE

4